# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT  WAYNE DIVISION

In re: TIEDEMAN, TIMOTHY A.          §   Case No. 12-11603
       TIEDEMAN, BRENDA S.          §

§

§

Debtor(s)          §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 09, 2012.  The undersigned trustee was appointed on May 10, 2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $          29,095.73

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 601.28 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of [1]          $          28,494.45

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 09/20/2012 and the deadline for filing governmental claims was 11/05/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,659.57.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,659.57, for a total compensation of $3,659.57.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $326.86, for total expenses of $326.86.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/11/2013                By:/s/Yvette Gaff Kleven
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-11603
**Case Name:** TIEDEMAN, TIMOTHY A.
TIEDEMAN, BRENDA S.
**Period Ending:** 09/11/13

**Trustee:** (340340)    Yvette Gaff Kleven, Chapter 7 Trustee
**Filed (f) or Converted (c):** 05/09/12 (f)
**§341(a) Meeting Date:** 06/12/12
**Claims Bar Date:** 09/20/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1607 w. 950 n., Markle, IN<br>Abandoned per Court Order 7/16/12. | 247,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 3 | First Bank Of Berne - $5 cking, $5 savings | 10.00 | 0.00 | | 0.00 | FA |
| 4 | household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry and Furs | 200.00 | 0.00 | | 0.00 | FA |
| 7 | IRA | 28,000.00 | 28,000.00 | | 0.00 | FA |
| 8 | IRA | 37,000.00 | 37,000.00 | | 0.00 | FA |
| 9 | 401k | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 10 | Accounts Receivable<br>Abandoned per Court Order 8/7/13. | 5,079.00 | 5,079.00 | OA | 0.00 | FA |
| 11 | 2001 Honda Accord | 1,800.00 | 0.00 | | 0.00 | FA |
| 12 | 2006 Ford F350 | 5,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2004 Honda Motorcycle | 3,000.00 | 0.00 | | 0.00 | FA |
| 14 | Machinery, fixtures, etc.<br>Abandoned per Court Order 8/7/13. | 10,000.00 | 4,331.00 | OA | 0.00 | FA |
| 15 | Buisness Equipment<br>Entered in error. | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Line of Credit<br>Entered in error. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | International Truck<br>Entered in error. | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Buisness start-up<br>Entered in error. | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Insurance $$ cashed out w/in 30 days of filing  (u) | 0.00 | 18,676.22 | | 18,676.22 | FA |
| 20 | PNC Bank, Personal Checking | Unknown | 210.00 | | 210.00 | FA |
| 21 | Fire, Police CU - checking & savings<br>$6.85 savings and $430.97 checking balances. | Unknown | 492.82 | | 492.82 | FA |
| 22 | 2011 TAX REFUNDS  (u) | 0.00 | 9,342.00 | | 9,342.00 | FA |

Printed: 09/11/2013 03:23 PM    V.13.13

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-11603

**Case Name:** TIEDEMAN, TIMOTHY A.

TIEDEMAN, BRENDA S.

**Period Ending:** 09/11/13

**Trustee:**  (340340)  Yvette Gaff Kleven, Chapter 7 Trustee

**Filed (f) or Converted (c):**  05/09/12 (f)

**§341(a) Meeting Date:**  06/12/12

**Claims Bar Date:**  09/20/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | PNC Bank, Personal Savings | Unknown | 367.91 | | 367.91 | FA |
| 24 | PNC Bank, Business Checking | Unknown | 6.78 | | 6.78 | FA |
| 24 | **Assets**    **Totals** (Excluding unknown values) | **$344,639.00** | **$109,505.73** | | **$29,095.73** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR to UST 9/11/13; after Report is filed, send out notice of same.

Discharge denied per Court Order 12/11/12 in Adversary Proceeding #12-01208.

**Initial Projected Date Of Final Report (TFR):**    December 12, 2013      **Current Projected Date Of Final Report (TFR):**    September 11, 2013  (Actual)

Exhibit B

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 12-11603 | | | | **Trustee:** | Yvette Gaff Kleven, Chapter 7 Trustee (340340) | |
| **Case Name:** TIEDEMAN, TIMOTHY A. | | | | **Bank Name:** | The Bank of New York Mellon | |
| TIEDEMAN, BRENDA S. | | | | **Account:** | 9200-******33-66 - Checking Account | |
| **Taxpayer ID #:** **-***0348 | | | | **Blanket Bond:** | $114,123,713.00  (per case limit) | |
| **Period Ending:** 09/11/13 | | | | **Separate Bond:** | N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/12 | | Tim & Brenda Tiedeman | Non-Exempt Monies Held in Bank Account | | 1,077.51 | | 1,077.51 |
| | {20} | | PNC PERSONAL CHECKING  210.00 | 1129-000 | | | 1,077.51 |
| | {21} | | FIRE POLICE CU CKING & SAVINGS  492.82 | 1129-000 | | | 1,077.51 |
| | {23} | | PNC PERSONAL SAVINGS  367.91 | 1129-000 | | | 1,077.51 |
| | {24} | | PNC BUSINESS CHECKING  6.78 | 1129-000 | | | 1,077.51 |
| 08/07/12 | {22} | United States Department of Treasury | 2011 Federal Income Tax Refund | 1224-000 | 6,832.00 | | 7,909.51 |
| 08/07/12 | {22} | Auditor of State of Indiana | 2011 Indiana State Income Tax Refund | 1224-000 | 2,510.00 | | 10,419.51 |
| 08/17/12 | {19} | DEBRA ARNETT for TIM TEIDEMAN | INSURANCE PROCEEDS CASHED OUT WITHIN 30 DAYS OF FILING | 1229-000 | 10,876.22 | | 21,295.73 |
| 08/17/12 | {19} | BRENDA TIEDEMAN | INSURANCE PROCEEDS CASHED OUT WITHIN 30 DAYS OF FILING | 1229-000 | 7,800.00 | | 29,095.73 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.69 | 29,066.04 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.58 | 29,010.46 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.38 | 28,945.08 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.31 | 28,885.77 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.21 | 28,828.56 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001034034088 20130110 | 9999-000 | | 28,828.56 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 29,095.73 | 29,095.73 | $0.00 |
| Less: Bank Transfers | 0.00 | 28,828.56 | |
| **Subtotal** | 29,095.73 | 267.17 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $29,095.73 | $267.17 | |

{} Asset reference(s)

Printed: 09/11/2013 03:23 PM    V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-11603 | **Trustee:** Yvette Gaff Kleven, Chapter 7 Trustee (340340) |
| **Case Name:** TIEDEMAN, TIMOTHY A. | **Bank Name:** Rabobank, N.A. |
| TIEDEMAN, BRENDA S. | **Account:** ****520966 - Checking Account |
| **Taxpayer ID #:** **-***0348 | **Blanket Bond:** $114,123,713.00  (per case limit) |
| **Period Ending:** 09/11/13 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 28,828.56 | | 28,828.56 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.22 | 28,784.34 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.64 | 28,745.70 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.96 | 28,705.74 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.04 | 28,661.70 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.59 | 28,619.11 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.41 | 28,580.70 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.21 | 28,535.49 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.04 | 28,494.45 |

|  | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 28,828.56 | 334.11 | **$28,494.45** |
| | Less: Bank Transfers | 28,828.56 | 0.00 | |
| | **Subtotal** | **0.00** | **334.11** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$334.11** | |

| Net Receipts : | 29,095.73 |
|---|---|
| Net Estate : | $29,095.73 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******33-66** | **29,095.73** | **267.17** | **0.00** |
| **Checking # ****520966** | **0.00** | **334.11** | **28,494.45** |
| | **$29,095.73** | **$601.28** | **$28,494.45** |

{} Asset reference(s)

Printed:  09/11/13 03:23 PM

# Exhibit C - Analysis of Claims Register

Page:  1

## Case:  12-11603   TIEDEMAN, TIMOTHY A.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 05/09/12 | 200 | ADELSPERGER & KLEVEN, LLP<br>927 SOUTH HARRISON STREET<br>FORT WAYNE, IN 46802<br><3110-00   Attorney for Trustee Fees (Trustee Firm)><br>Approved by Court Order dated 9/10/13. | 2,200.00 | 2,200.00 | 0.00 | 2,200.00 | 2,200.00 |
| | 05/09/12 | 200 | Yvette Gaff Kleven, Chapter 7 Trustee<br>HARRISON PROFESSIONAL CENTER<br>927 South Harrison Street<br>Fort Wayne, IN 46802<br><2100-00   Trustee Compensation><br>Approved by Court Order dated 9/10/13. | 3,659.57 | 3,659.57 | 0.00 | 3,659.57 | 3,659.57 |
| | 05/09/12 | 200 | Yvette Gaff Kleven, Chapter 7 Trustee<br>HARRISON PROFESSIONAL CENTER<br>927 South Harrison Street<br>Fort Wayne, IN 46802<br><2200-00   Trustee Expenses><br>Approved by Court Order dated 9/10/13. | 326.86 | 326.86 | 0.00 | 326.86 | 326.86 |
| | | | **Total for Priority 200:    100% Paid** | **$6,186.43** | **$6,186.43** | **$0.00** | **$6,186.43** | **$6,186.43** |
| | | | **Total for Admin Ch.  7 Claims:** | **$6,186.43** | **$6,186.43** | **$0.00** | **$6,186.43** | **$6,186.43** |
| **Priority Claims:** | | | | | | | | |
| 7P-3 | 08/02/12 | 570 | Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 North Senate Avenue<br>Indianapolis, IN 46204<br><5800-00   Claims of Governmental Units><br>Claim withdrawn 2/25/13. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11P | 08/24/12 | 570 | IN Dept. of Workforce Development<br>Beverly A. Korobkin, CEU<br>10 N. Senate Avenue<br>Indianapolis, IN 46204-2277<br><5800-00   Claims of Governmental Units> | 1,421.67 | 1,421.67 | 0.00 | 1,421.67 | 1,421.67 |
| | | | **Total for Priority 570:    100% Paid** | **$1,421.67** | **$1,421.67** | **$0.00** | **$1,421.67** | **$1,421.67** |
| | | | **Total for Priority Claims:** | **$1,421.67** | **$1,421.67** | **$0.00** | **$1,421.67** | **$1,421.67** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 06/27/12 | 610 | L&M BAG & SUPPLY<br>P.O. BOX 640<br>WILLACOOCHEE, GA 31650<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed: 09/11/13 03:23 PM          **Exhibit C - Analysis of Claims Register**          Page:  2

**Case:  12-11603    TIEDEMAN, TIMOTHY A.**

| Claim # | Date | Pri | Claimant /<br>Proof / <Category> / Memo | Amount<br>Filed | Amount<br>Allowed | Paid<br>to Date | Claim<br>Balance | Proposed<br>Payment |
|---|---|---|---|---|---|---|---|---|
| 2 | 07/16/12 | 610 | SUPERMEDIA LLC<br>2200 Airfield Dr<br>Dallas, TX 75261<br><7100-00   General Unsecured § 726(a)(2)> | 4,636.43 | 4,636.43 | 0.00 | 4,636.43 | 1,499.25 |
| 3 | 07/17/12 | 610 | Yellow Book Sales & Distribution<br>c/o RMS Bky Recovery Services<br>P.O. Box 5126<br>Timonium, MD 21094<br><7100-00   General Unsecured § 726(a)(2)> | 389.27 | 389.27 | 0.00 | 389.27 | 125.88 |
| 4 | 07/17/12 | 610 | FIA CARD SERVICES N.A.<br>Bank of America/MBNA America Bk<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-90   Payments to Unsecured Credit Card Holders> | 15,306.50 | 15,306.50 | 0.00 | 15,306.50 | 4,949.57 |
| 5 | 07/17/12 | 610 | FIA CARD SERVICES N.A.<br>Bk of America / MBNA<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-90   Payments to Unsecured Credit Card Holders> | 13,018.09 | 13,018.09 | 0.00 | 13,018.09 | 4,209.58 |
| 6 | 07/17/12 | 610 | FIA CARD SERVICES N.A.<br>Bk of America / MBNA<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-90   Payments to Unsecured Credit Card Holders> | 4,826.14 | 4,826.14 | 0.00 | 4,826.14 | 1,560.60 |
| 7U-3 | 08/02/12 | 610 | Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 North Senate Avenue<br>Indianapolis, IN 46204<br><7100-00   General Unsecured § 726(a)(2)><br>Claim withdrawn 2/25/13. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8 | 08/17/12 | 610 | Andersons Lawn Fertilizer Division Inc.<br>Attn: Ross S. Barr, Esq.<br>480 W. Dussel Drive<br>Maumee, OH 43537<br><7100-00   General Unsecured § 726(a)(2)> | 7,123.00 | 7,123.00 | 0.00 | 7,123.00 | 2,303.32 |
| 9 | 08/20/12 | 610 | Miles Enterprises LLC<br>P.O. Box 22919<br>Attn: Debra Seymour<br>Owensboro, KY 42304<br><7100-90   Payments to Unsecured Credit Card Holders> | 7,599.53 | 7,599.53 | 0.00 | 7,599.53 | 2,457.41 |
| 10 -2 | 08/22/12 | 610 | Commerce LLC dba Commerce Corp<br>Miles & Stockbridge PC (PBJ)<br>10 Light Street<br>Baltimore, MD 21202<br><7100-00   General Unsecured § 726(a)(2)> | 2,520.80 | 2,520.80 | 0.00 | 2,520.80 | 815.14 |

# Exhibit C - Analysis of Claims Register

## Case: 12-11603    TIEDEMAN, TIMOTHY A.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 11U | 08/24/12 | 610 | IN Dept. of Workforce Development<br>Beverly A. Korobkin, CEU<br>10 N. Senate Avenue<br>Indianapolis, IN 46204-2277<br><7100-00  General Unsecured § 726(a)(2)> | 296.06 | 296.06 | 0.00 | 296.06 | 95.74 |
| 12 | 09/20/12 | 610 | Tri-State Garden Supply Inc<br>dba Gardenscape<br>PO Box 184<br>Eau Claire, PA 16030<br><7100-00  General Unsecured § 726(a)(2)> | 2,435.00 | 2,435.00 | 0.00 | 2,435.00 | 787.39 |
| 13 | 09/20/12 | 610 | NUTRIENTS PLUS LLC<br>2133 UPTON DR.<br>STE. 126-509<br>VIRGINIA BCH., VA 23454<br><7100-00  General Unsecured § 726(a)(2)> | 6,440.01 | 6,440.01 | 0.00 | 6,440.01 | 2,082.47 |
| | | | **Total for Priority 610:    32.33640% Paid** | **$64,590.83** | **$64,590.83** | **$0.00** | **$64,590.83** | **$20,886.35** |
| 14 | 11/02/12 | 620 | Capital One N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712<br><7200-00  Tardy General Unsecured § 726(a)(3)><br>Late-filed claim. | 708.81 | 708.81 | 0.00 | 708.81 | 0.00 |
| | | | **Priority 620:    0% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$65,299.64** | **$65,299.64** | **$0.00** | **$65,299.64** | **$20,886.35** |
| | | | **Total for Case :** | **$72,907.74** | **$72,907.74** | **$0.00** | **$72,907.74** | **$28,494.45** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-11603
Case Name: TIEDEMAN, TIMOTHY A.
Trustee Name: Yvette Gaff Kleven

**Balance on hand:**                                          $          28,494.45

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None | | | | | |

Total to be paid to secured creditors:   $                0.00
Remaining balance:   $          28,494.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Yvette Gaff Kleven, Chapter 7 Trustee | 3,659.57 | 0.00 | 3,659.57 |
| Trustee, Expenses - Yvette Gaff Kleven, Chapter 7 Trustee | 326.86 | 0.00 | 326.86 |
| Attorney for Trustee, Fees - ADELSPERGER & KLEVEN, LLP | 2,200.00 | 0.00 | 2,200.00 |

Total to be paid for chapter 7 administration expenses:   $          6,186.43
Remaining balance:   $          22,308.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $                0.00
Remaining balance:   $          22,308.02

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,421.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11P | IN Dept. of Workforce Development | 1,421.67 | 0.00 | 1,421.67 |

Total to be paid for priority claims:   $   1,421.67
Remaining balance:   $   20,886.35

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,590.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | SUPERMEDIA LLC | 4,636.43 | 0.00 | 1,499.25 |
| 3 | Yellow Book Sales & Distribution | 389.27 | 0.00 | 125.88 |
| 4 | FIA CARD SERVICES N.A. | 15,306.50 | 0.00 | 4,949.57 |
| 5 | FIA CARD SERVICES N.A. | 13,018.09 | 0.00 | 4,209.58 |
| 6 | FIA CARD SERVICES N.A. | 4,826.14 | 0.00 | 1,560.60 |
| 8 | Andersons Lawn Fertilizer Division Inc. | 7,123.00 | 0.00 | 2,303.32 |
| 9 | Miles Enterprises LLC | 7,599.53 | 0.00 | 2,457.41 |
| 10 -2 | Commerce LLC dba Commerce Corp | 2,520.80 | 0.00 | 815.14 |
| 11U | IN Dept. of Workforce Development | 296.06 | 0.00 | 95.74 |
| 12 | Tri-State Garden Supply Inc | 2,435.00 | 0.00 | 787.39 |
| 13 | NUTRIENTS PLUS LLC | 6,440.01 | 0.00 | 2,082.47 |

Total to be paid for timely general unsecured claims:   $   20,886.35
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 708.81 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Capital One N.A. | 708.81 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**